IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:15CR292 |
| v. | ) | |
| JULIETA NOYOLA DOMINGUEZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue change of plea and pretrial release violation hearing (Filing No. 72). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the Rule 11 hearing and pretrial release violation hearing are scheduled for:

**Thursday, March 10, 2016, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to finalize plea negotiations and it will accommodate the schedule of counsel and of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between February 11, 2016, and March 10, 2016, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

**A copy of the petition to enter a plea of guilty and a copy of the plea agreement, if there is one, shall be provided to**